UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | **Chapter 13 Proceeding** |
| **Marilyn Duffy** | ) | Case No.  07-21156 |
| | ) | |
| **Debtor** | ) | |

## NOTICE FOR DEPOSIT OF FUNDS
## INTO U. S. TREASURY FUND106000

Comes now Paul R. Chael, Standing Chapter 13 Trustee, and moves the Court to allow Trustee to deposit the amount of $15.09 into U. S. Treasury Fund 106000 for the following reasons:

1. That the debtor herein filed a Petition for Relief under Chapter 13 of the U.S. Bankruptcy Code.

2. That creditor Charming Shoppes filed a proof of claim in June 2007.

3. That your Trustee attempted to make payment on said claim in the amount of $15.09 in April 2010 and said payment remains uncashed.

WHEREFORE, Paul R. Chael, Standing Chapter 13 Trustee, prays this Court to deposit $15.09 into U.S. Treasury Fund 106000 on behalf of creditor Charming Shoppes whose last know address was P.O. Box 659728, San Antonio, TX 78265-9728.

/s/ Paul R. Chael
Paul R. Chael, Trustee
401 W. 84th Drive, Suite C
Merrillville, IN 46410
(219) 650-4015

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2010 service of a true and complete copy of the above and foregoing pleading or document was made electronically upon the U.S. Trustee and debtors' attorney and the debtor by U.S. Mail as set forth below.

/s/ Paul R. Chael
Paul R. Chael, Trustee
Indiana Attorney #3881-45

Distribution:

Marilyn Duffy, 1114 West 72nd Lane, Merrillville, IN 46410